UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Magistrate Judge No. 99-1741-CBS |
| ) | |
| Frank Baez, ) | |
| aka Frank Celodo, ) | |
| aka Juan Ferrer, ) | |
| aka Frank Ruiz ) | |

*FILED IN CLERKS OFFICE 2006 JUN 13 P 12:41 U.S. DISTRICT COURT DISTRICT OF MASS.*

### DISMISSAL OF COMPLAINT

The United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby respectfully requests leave of court to dismiss the complaint in the above captioned case. The underlying complaint charges the defendant with unlawful flight to avoid prosecution ("UFAP") in violation of 18 U.S.C. § 1073. The defendant was recently apprehended by state authorities and is no longer a fugitive. Accordingly, it is not in the interests of justice to continue the prosecution of this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /Diane Freniere/
DIANE FRENIERE
Section Chief
White Collar Crime Section

BRIAN T. KELLY
Assistant U.S. Attorney

Leave To File Granted:

_____
United States Magistrate Judge
Dated: